USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

HUGO MATEO,

                                Plaintiff,

            -against-

WWUPD INC. d/b/a DISTRICT SOCIAL
and ROBERT GAINES

                            Defendants.
-----------------------------------------------------------x

19-CV-4902 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:**     **June 26, 2020**
               **New York, New York**

                                                _____
                                             **HON. ANDREW L. CARTER, JR.**
                                             **United States District Judge**